UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSNIEL ANTONIO JULIO OLIVARES, <br><br> Petitioner, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN, Otay Mesa Detention Center, <br><br> Respondents. | Case No.: 26-CV-485 JLS (MSB) <br><br> **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** <br><br> (ECF No. 4) |

Presently before the Court is Yosniel Antonio Julio Olivares's First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 4). Also before the Court is Respondents' Return to Habeas Petition and Notice of Non-Opposition ("Ret.," ECF No. 7) and Petitioner's Traverse ("Traverse," ECF No. 6). As Respondents do not oppose Petitioner's release, *see* Ret., the Court **GRANTS** the Petition and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting release. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of his parole and a hearing before a neutral decision maker to determine whether detention is warranted. The government shall bear the burden of establishing, by clear and convincing evidence, that

Petitioner poses a danger to the community or a risk of flight.  The Parties are **ORDERED** to file a Joint Status Report by <u>March 20, 2026</u>, confirming that Petitioner has been released.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated:  February 27, 2026

                                    Hon. Janis L. Sammartino
                                    United States District Judge

26-CV-485 JLS (MSB)