UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSNIEL ANTONIO JULIO OLIVARES, <br><br>                             Petitioner, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN, Otay Mesa Detention Center, <br><br>                        Respondents. | Case No.:  26-CV-485 JLS (MSB) <br><br> **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

On February 27, 2026, the Court granted Petitioner's First Amended Petition for Writ of Habeas Corpus (ECF No. 4) and ordered Respondents to immediately release Petitioner from custody.  *See* ECF No. 8 ("Order") at 1.  The Parties failed to file a joint status report confirming Petitioner's release by the deadline set in the Court's Order.  *See id.* at 2.  Accordingly, the Court again **ORDERS** the Parties to file a joint status report by March 27, 2026, confirming Petitioner's release.

    **IT IS SO ORDERED.**

Dated:  March 24, 2026

                                        Hon. Janis L. Sammartino
                                        United States District Judge

1